FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL HURTADO,

    Defendant.

CASE NO. CR-18-00073-AB

ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the Central District of _California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓)   the appearance of defendant as required; and/or

    B. ( )   the safety of any person or the community.

2. The Court concludes:

    A. ( )   Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: nature of the offenses; allegation that Defendant attempted to flee on foot at Feb. 2025 arrest; inconsistent residence information

_____

_____

IT IS ORDERED that defendant be detained.

DATED: December 22, 2025

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)